UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re                                                   Civil Action No. 06-CV-14282-DT
THOMAS KELLEY                                            Bankruptcy No. 06-41955-tjt

           Debtor.                                       HON. BERNARD A. FRIEDMAN
_____/

## OPINION AND ORDER DENYING BANKRUPTCY APPEAL
### and
## AFFIRMING BANKRUPTCY COURT'S DECISION

This matter is presently before the Court on a bankruptcy appeal by Debtor-Appellant

Thomas Kelley ("Appellant Kelley"), who filed a notice of appeal on September 28, 2006.

Appellant Kelley is appealing the bankruptcy court's order denying his third motion for

reconsideration, which was issued in September 2006.

Appellant Kelley filed his appellant brief on October 25, 2006.  Trustee Timothy Miller

("Appellee Miller") did not file an appellee brief.  The Court has reviewed the brief and relevant

documents.  Pursuant to E.D. Mich. LR 7.1(e)(2), the Court shall decide the appeal without oral

argument.

In its order denying Kelley's motion, the bankruptcy court explained that "[t]his is

Debtor's third motion for reconsideration of the Court's May 9, 2006 Order of Dismissal."

Furthermore, the bankruptcy court stated that it "will not entertain any further motions for

reconsideration" and "[i]f Debtor files any further such motions, they will be of no force or

effect."  The Court finds that the bankruptcy judge reached the correct conclusion for the proper

reasons.  The motion is frivolous.  Accordingly,

IT IS ORDERED that the bankruptcy appeal is denied.

IT IS FURTHER ORDERED that the bankruptcy court's decision is affirmed.

_____s/Bernard A. Friedman_____
BERNARD A. FRIEDMAN
CHIEF UNITED STATES DISTRICT JUDGE

Dated: January 19, 2007
       Detroit, Michigan

**I hereby certify that a copy of the foregoing document
was served this date upon counsel of record
electronically and/or via first-class mail.**

**_____/s/ Patricia Foster Hommel_____
          Patricia Foster Hommel
      Secretary to Chief Judge Friedman**

2